Jul 15 2005 8:34AM Law Offices of Paul B. Me 831 426-2749 p.2
Case 5:05-cr-00445-RMW Document 12 Filed 07/15/05 Page 1 of 3
Jul-15-05 09:29am From- T-887 P.02/04 F-910

PAUL B. MELTZER - #77425
NICOLE C. HERRON - #216050
LAW OFFICES OF PAUL B. MELTZER
A Professional Corporation
340 Soquel Avenue, Suite 212
Santa Cruz, CA 95062
(831) 426-6000

E-FILING

**FILED**
JUL 15 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Attorneys for Defendant, DAVID M. FISH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DAVID M. FISH, et al., <br><br> Defendants. | No. CR 05-00445 RMW/HRL <br><br> **JOINT STIPULATION TO STAY ISSUANCE OF BENCH WARRANT** |

The United States of America, by Mark L. Krotoski, Assistant United States Attorney, and Defendant David M. Fish, by and through his attorney, hereby enter into this joint stipulation.

The parties stipulate and ask the Court to adopt as its FINDINGS that:

1. Mr. Fish's case was set for arraignment on the indictment on July 14, 2005, at 9:30 a.m.
2. Mr. Fish was not present at that time.
3. The court entered a bench warrant for Mr. Fish's arrest but agreed to stay it for twenty-four hours until July 15, 2005.

1

JOINT STIPULATION AND ORDER STAYING ISSUANCE OF BENCH WARRANT

Jul 15 2005 8:34AM Law Offices of Paul B. Me 831-426-2749 p.3
Case 5:05-cr-00445-RMW Document 12 Filed 07/15/05 Page 2 of 3
Jul-15-05 09:29am From- T-887 P.03/04 F-910

4. Since that time, the parties have learned that Mr. Fish had been confused regarding the arraignment date.

5. Mr. Fish fully intends to appear for arraignment before the court.

6. Because Mr. Fish will need to make travel arrangements to San Jose, the parties request that Mr. Fish's arraignment be re-set for July 21, 2005, at 9:30 a.m. and that the issuance of the bench warrant be stayed until that time.

THE PARTIES SO STIPULATE.

Dated: July 14, 2005    OFFICE OF THE UNITED STATES ATTORNEY

MARK L. KROTOSKI, Assistant United States Attorney

Dated: July 14, 2005    LAW OFFICES OF PAUL B. MELTZER

NICOLE C. HERRON, Attorney for Defendant, David M. Fish

2

JOINT STIPULATION AND ORDER STAYING ISSUANCE OF BENCH WARRANT

Jul 15 2005 8:34AM  Law Offices of Paul B. Me  831 426-2749  p.4
Case 5:05-cr-00445-RMW   Document 12   Filed 07/15/05   Page 3 of 3
Jul-15-05  09:29am  From-                                    T-987  P.04/04  F-810

LAW OFFICES OF
PAUL B. MELTZER
A PROFESSIONAL CORPORATION
840 NORTH AVENUE, SUITE 212
SANTA CRUZ, CALIFORNIA 95062
TELEPHONE (831) 426-6000

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | [~~PROPOSED~~] ORDER |
| DAVID M. FISH, et al., ) | |
| Defendants. ) | |

For the reasons stated in the above Stipulation, IT IS HEREBY ORDERED that the arraignment of Defendant David M. Fish is re-set for July 21, 2005, at 9:30 a.m. and that the issuance of the bench warrant is stayed until that time.

_____
Howard Lloyd
Magistrate Judge

DATE: 7/15/05
TIME: _____

3

JOINT STIPULATION AND ORDER STAYING ISSUANCE OF BENCH WARRANT