| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | |
| 3 | MARK L. KROTOSKI (CSBN 138549)<br>Chief, Criminal Division |
| 4 | 150 Almaden Avenue, Suite 900<br>San Jose, California 95113 |
| 5 | Telephone: (408) 535-5035<br>FAX: (408) 535-5081 |
| 6 | E-Mail: Mark.Krotoski@usdoj.gov |
| 7 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 8/23/06*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00445-RMW |
| Plaintiff, | ) | |
| v. | ) | STIPULATION TO CONTINUE<br>SENTENCING HEARING |
| DAVID M. FISH,<br>    aka x000x, | ) | |
| Defendant. | ) | |

It is hereby stipulated and agreed between defendant David M. Fish, by and through his counsel of record, Michael W. Armstrong, Esq., and the United States, by and through Assistant United States Attorney Mark L. Krotoski, as follows:

1. This matter is presently set for a sentencing hearing on ~~August 7, 2006~~ October 10, 2006 at 9:00 a.m.

2. More time is needed to complete the presentence report.

3. The parties do not oppose this request for further time to prepare the Presentence Report.

For the foregoing reasons, and that the ends of justice are served by continuing this case, the parties stipulate and request to a continuance of the sentencing hearing from ~~August 7, 2006~~ October 10, 2006 at 9:00 a.m. to October 30, 2006 at 9:00 a.m., or the next available date.

// // //

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND [~~PROPOSED~~] ORDER
CR 05-00445-RMW

IT IS SO STIPULATED.

Dated: August 3, 2006

KEVIN V. RYAN
United States Attorney

MARK L. KROTOSKI
Assistant United States Attorney

Dated: August 3, 2006

MICHAEL W. ARMSTRONG
Attorney for Defendant

IT IS SO ORDERED.

October 10, 2006

Upon good cause shown, the sentencing hearing is continued from ~~August 7, 2006~~ at 9:00 a.m. to October 30, 2006 at 9:00 a.m.

Dated: August 23, 2006

/s/ Ronald M. Whyte

RONALD M. WHYTE
United States District Judge

Distribute To:

Michael W. Armstrong
Nolan Armstrong et al LLP
600 University Ave
Palo Alto, CA 94301
FAX (650) 326-9704

Mark L. Krotoski
AUSA
150 Almaden Boulevard, Suite 900
San Jose, CA 95113

Ben Flores
U.S. Probation Officer
280 South First Street
San Jose, CA 95113