KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

150 Almaden Avenue, Suite 900
San Jose, California 95113
Telephone: (408) 535-5035
FAX: (408) 535-5081
E-Mail: Mark.Krotoski@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 10/17/06*

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00445-RMW |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER |
| DAVID M. FISH, aka x000x, | |
| Defendant. | |

It is hereby stipulated and agreed between defendant David M. Fish, by and through his counsel of record, Michael W. Armstrong, Esq., and the United States, by and through Assistant United States Attorney Mark L. Krotoski, as follows:

1. This matter is presently set for a sentencing hearing on October 30, 2006 at 9:00 a.m.

2. The parties agree that further time is needed to address sentencing issues and that the terms of the plea agreement continue to apply.

3. The probation officer, who has been out of the office for an extended period, has been advised of this request for a continuance.

For the foregoing reasons, and that the ends of justice are served by continuing this case, the parties stipulate and request to a continuance of the sentencing hearing from October 30, 2006 at

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND ORDER
CR 05-00445-RMW

1  9:00 a.m. to February 5, 2007 at 9:00 a.m., or the next available date.

2     IT IS SO STIPULATED.

3

4  Dated: October 2, 2006                           KEVIN V. RYAN
                                                    United States Attorney
5

6                                                          /s/

7                                                   _____
                                                    MARK L. KROTOSKI
                                                    Assistant United States Attorney
8
   Dated: October 2, 2006
9                                                          /s/

10                                                  _____
                                                    MICHAEL W. ARMSTRONG
                                                    Attorney for Defendant
11
      IT IS SO ORDERED.
12
      Upon good cause shown, the sentencing hearing is continued from October 30, 2006 at 9:00
13
   a.m. to February 5, 2007 at 9:00 a.m.
14
   Dated: October 17, 2006
15
                                                     /s/ Ronald M. Whyte
16                                                  _____
                                                    RONALD M. WHYTE
                                                    United States District Judge
17
   Distribute To:
18
   Michael W. Armstrong
19  Nolan Armstrong et al LLP
    600 University Ave
20  Palo Alto, CA 94301
    FAX (650) 326-9704
21
    Mark L. Krotoski
22  AUSA
    150 Almaden Boulevard, Suite 900
23  San Jose, CA 95113

24  Ben Flores
    U.S. Probation Officer
25  280 South First Street
    San Jose, CA 95113
26

27

28