1   KEVIN V. RYAN (CSBN 118321)
    United States Attorney
2
    MARK L. KROTOSKI (CSBN 138549)
3   Chief, Criminal Division

4   150 Almaden Avenue, Suite 900
    San Jose, California 95113
5   Telephone: (408) 535-5035
    FAX: (408) 535-5081
6   E-Mail: Mark.Krotoski@usdoj.gov

7   Attorneys for Plaintiff

8
                    UNITED STATES DISTRICT COURT
9
                 NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN JOSE DIVISION
11                                            *E-FILED - 1/18/07*

12

13   UNITED STATES OF AMERICA,        )       No. CR 05-00445-RMW
                                       )
14             Plaintiff,              )
                                       )
15   v.                                )       STIPULATION TO CONTINUE
                                       )       SENTENCING HEARING
16   DAVID M. FISH,                    )        AND ORDER
          aka x000x,                   )
17                                     )
               Defendant.              )
18   _____   )

19       It is hereby stipulated and agreed between defendant David M. Fish, by and through his

20   counsel of record, Michael W. Armstrong, Esq., and the United States, by and through Assistant

21   United States Attorney Mark L. Krotoski, as follows:

22       1.   This matter is presently set for a sentencing hearing on February 5, 2007 at 9:00 a.m.

23       2.   The parties agree that further time is needed to address sentencing issues and that the

24   terms of the plea agreement continue to apply.

25       3.   The probation officer, who has been out of the office for an extended period, has been

26   advised of this request for a continuance.

27       For the foregoing reasons, and that the ends of justice are served by continuing this case, the

28   parties stipulate and request to a continuance of the sentencing hearing from February 5, 2007 at

9:00 a.m. to March 19, 2007 at 9:00 a.m., or the next available date.

IT IS SO STIPULATED.

Dated: <u>December 18, 2006</u>                    KEVIN V. RYAN
                                                    United States Attorney


                                                    /s/
                                                    _____
                                                    MARK L. KROTOSKI
                                                    Assistant United States Attorney

Dated: <u>December 19, 2006</u>
                                                    /s/
                                                    _____
                                                    MICHAEL W. ARMSTRONG
                                                    Attorney for Defendant

IT IS SO ORDERED.

Upon good cause shown, the sentencing hearing is continued from February 5, 2007 at 9:00

a.m. to March 19, 2007 at 9:00 a.m.  No further continuance.

Dated: January 18, 2007

                                                    _Ronald M. Whyte_
                                                    _____
                                                    RONALD M. WHYTE
                                                    United States District Judge


Distribute To:

Michael W. Armstrong
Nolan Armstrong et al LLP
600 University Ave
Palo Alto, CA 94301
FAX (650) 326-9704

Mark L. Krotoski
AUSA
150 Almaden Boulevard, Suite 900
San Jose, CA 95113

Ben Flores
U.S. Probation Officer
280 South First Street
San Jose, CA 95113