SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

150 Almaden Avenue, Suite 900
San Jose, California 95113
Telephone: (408) 535-5035
FAX: (408) 535-5081
E-Mail: Mark.Krotoski@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 3/22/07*

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00445-RMW |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE SENTENCING HEARING |
| DAVID M. FISH, aka x000x, | AND ORDER |
| Defendant. | |

It is hereby stipulated and agreed between defendant David M. Fish, by and through his counsel of record, Michael W. Armstrong, Esq., and the United States, by and through Assistant United States Attorney Mark L. Krotoski, as follows:

1. This matter is presently set for a sentencing hearing on March 19, 2007 at 9:00 a.m.

2. The parties agree that further time is needed to address sentencing issues and that the terms of the plea agreement continue to apply.

3. For the foregoing reasons, and that the ends of justice are served by continuing this case, the parties stipulate and request to a continuance of the sentencing hearing from March 19, 2007 at 9:00 a.m. to April 30, 2007 at 9:00 a.m., or the next available date.

// // //

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND ORDER
CR 05-00445-RMW

1  IT IS SO STIPULATED.

2  Dated: March 8, 2006                                    SCOTT N. SCHOOLS
                                                           United States Attorney
3

4                                                              /s/
                                                           _____
5                                                          MARK L. KROTOSKI
                                                           Assistant United States Attorney
6

7  Dated: March 8, 2006
                                                               /s/
8                                                          _____
                                                           MICHAEL W. ARMSTRONG
9                                                          Attorney for Defendant

10  IT IS SO ORDERED.

11  Upon good cause shown, the sentencing hearing is continued from March 19, 2007 at 9:00

12  a.m. to April 30, 2007 at 9:00 a.m.

13  Dated: March 22, 2006

                                                           *Ronald M. Whyte* (signature)
14                                                         _____
                                                           RONALD M. WHYTE
15                                                         United States District Judge

16  Distribute To:

17  Michael W. Armstrong
    Nolan Armstrong et al LLP
18  600 University Ave
    Palo Alto, CA 94301
19  FAX (650) 326-9704

20  Mark L. Krotoski
    AUSA
21  150 Almaden Boulevard, Suite 900
    San Jose, CA 95113

22  Ben Flores
    U.S. Probation Officer
23  280 South First Street
    San Jose, CA 95113

24

25

26

27

28

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING ANDORDER
CR 05-00445-RMW                Page 2 of 2