SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

150 Almaden Avenue, Suite 900
San Jose, California 95113
Telephone: (408) 535-5035
FAX: (408) 535-5081
E-Mail: Mark.Krotoski@usdoj.gov

**E-FILED 4/25/07**

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00445-RMW |
| Plaintiff, ) | |
| v. ) | STIPULATION TO CONTINUE SENTENCING HEARING |
| DAVID M. FISH, ) aka x000x, ) | |
| Defendant. ) | |

It is hereby stipulated and agreed between defendant David M. Fish, by and through his counsel of record, Michael W. Armstrong, Esq., and the United States, by and through Assistant United States Attorney Mark L. Krotoski, as follows:

1.  This matter is presently set for a sentencing hearing on April 30, 2007 at 9:00 a.m.

2.  The parties agree that further time is needed to address sentencing issues and that the terms of the plea agreement continue to apply.

3.  For the foregoing reasons, and that the ends of justice are served by continuing this case, the parties stipulate and request to a continuance of the sentencing hearing from April 30, 2007 at 9:00 a.m. to June 25, 2007 at 9:00 a.m., or the next available date.

// // //

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND [PROPOSED] ORDER
CR 05-00445-RMW

| | |
|---|---|
| 1 | IT IS SO STIPULATED. |

Dated: <u>April 11, 2007</u>                              SCOTT N. SCHOOLS
                                                          United States Attorney

                                                                   /s/
                                                          _____
                                                          MARK L. KROTOSKI
                                                          Assistant United States Attorney

Dated: <u>April 11, 2007</u>

                                                                   /s/
                                                          _____
                                                          MICHAEL W. ARMSTRONG
                                                          Attorney for Defendant

IT IS SO ORDERED.

Upon good cause shown, the sentencing hearing is continued from April 30, 2007 at 9:00 a.m. to June   25, 2007 at 9:00 a.m.

Dated: April <u>25</u>, 2007

                                                          /s/ Ronald M. Whyte
                                                          _____
                                                          RONALD M. WHYTE
                                                          United States District Judge

Distribute To:

Michael W. Armstrong
Nolan Armstrong et al LLP
600 University Ave
Palo Alto, CA 94301
FAX (650) 326-9704

Mark L. Krotoski
AUSA
150 Almaden Boulevard, Suite 900
San Jose, CA 95113

Ben Flores
U.S. Probation Officer
280 South First Street
San Jose, CA 95113