```
SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

    150 Almaden Avenue, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5035
    FAX: (408) 535-5081
    E-Mail: Mark.Krotoski@usdoj.gov

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 7/25/07*

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00445-RMW |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE SENTENCING HEARING |
| DAVID M. FISH, aka x000x, | *AND ORDER* |
| Defendant. | |

It is hereby stipulated and agreed between defendant David M. Fish, by and through his counsel of record, Michael W. Armstrong, Esq., and the United States, by and through Assistant United States Attorney Mark L. Krotoski, as follows:

1. This matter is presently set for a sentencing hearing on August 13, 2007 at 9:00 a.m.

2. The parties agree that further time is needed to address sentencing issues and that the terms of the plea agreement continue to apply.

3. For the foregoing reasons, and that the ends of justice are served by continuing this case, the parties stipulate and request to a continuance of the sentencing hearing from August 13, 2007 at 9:00 a.m. to October 15, 2007 at 9:00 a.m., or the next available date.

// // //

1  IT IS SO STIPULATED.

2  Dated: June 26, 2007                                  SCOTT N. SCHOOLS
                                                        United States Attorney
3

4                                                        /s/

5                                                        _____
                                                        MARK L. KROTOSKI
                                                        Assistant United States Attorney
6

7  Dated: June 26, 2007                                  /s/

8                                                        _____
                                                        MICHAEL W. ARMSTRONG
                                                        Attorney for Defendant
9

10  IT IS SO ORDERED.

11  Upon good cause shown, the sentencing hearing is continued from August 13, 2007 at 9:00

12  a.m. to October 15, 2007 at 9:00 a.m.

13  Dated: July 25, 2007

                                                        *Ronald M. Whyte* (signature)
14                                                       _____
                                                        RONALD M. WHYTE
                                                        United States District Judge
15

16  Distribute To:

17  Michael W. Armstrong
    Nolan Armstrong et al LLP
18  600 University Ave
    Palo Alto, CA 94301
    FAX (650) 326-9704
19

20  Mark L. Krotoski
    AUSA
21  150 Almaden Boulevard, Suite 900
    San Jose, CA 95113

22  Ben Flores
    U.S. Probation Officer
23  280 South First Street
    San Jose, CA 95113

24

25

26

27

28