SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

MARK L. KROTOSKI (CASBN 138549)
Assistant U.S. Attorney

1301 New York Avenue, Suite 600
Washington, D.C.  20530-0016
Telephone: (202) 307-6389
Facsimile: (202) 514-6113
E-Mail: Mark.Krotoski@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 9/19/07*

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00445-RMW |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE SENTENCING HEARING |
| DAVID M. FISH, aka x000x, | **AND ORDER** |
| Defendant. | |

It is hereby stipulated and agreed between defendant David M. Fish, by and through his counsel of record, Michael W. Armstrong, Esq., and the United States, by and through Assistant United States Attorney Mark L. Krotoski, as follows:

1. This matter is presently set for a sentencing hearing on October 15, 2007 at 9:00 a.m.

2. The parties agree that further time is needed to address sentencing issues and that the terms of the plea agreement continue to apply.

3. For the foregoing reasons, and that the ends of justice are served by continuing this case,

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND [] ORDER
CR 05-00445-RMW

1  the parties stipulate and request to a continuance of the sentencing hearing from October 15,
2  2007 at 9:00 a.m. to December 17, 2007 at 9:00 a.m., or the next available date.
3      IT IS SO STIPULATED.
4  Dated: September 17, 2007        SCOTT N. SCHOOLS
                                           United States Attorney

                                           /s/
                                           _____
                                           MARK L. KROTOSKI
                                           Assistant United States Attorney

Dated: September 17, 2007

                                           /s/
                                           _____
                                           MICHAEL W. ARMSTRONG
                                           Attorney for Defendant

    IT IS SO ORDERED.

    Upon good cause shown, the sentencing hearing is continued from October 15, 2007 at 9:00 a.m. to December 17, 2007 at 9:00 a.m.

Dated: September 19, 2007

                                           *Ronald M. Whyte*
                                           _____
                                           RONALD M. WHYTE
                                           United States District Judge

Distribute To:

Michael W. Armstrong
Nolan Armstrong et al LLP
600 University Ave
Palo Alto, CA 94301
FAX (650) 326-9704

Mark L. Krotoski
AUSA
Computer Crime and Intellectual Property Section
U.S. Department of Justice – Criminal Division
1301 New York Avenue, Suite 600
Washington, D.C. 20530-0016

Ben Flores
U.S. Probation Officer
280 South First Street
San Jose, CA 95113