JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

MARK L. KROTOSKI (CASBN 138549)
Assistant U.S. Attorney

1301 New York Avenue, Suite 600
Washington, D.C. 20530-0016
Telephone: (202) 307-6389
Facsimile: (202) 514-6113
E-Mail: Mark.Krotoski@usdoj.gov

*E-FILED - 2/21/08*

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00445-RMW and |
| Plaintiff, ) | CR-06-00109-RMW |
| ) | |
| v. ) | STIPULATION TO CONTINUE |
| ) | SENTENCING HEARING |
| DAVID M. FISH, ) | AND ORDER |
| aka x000x, ) | |
| ) | |
| Defendant. ) | |

It is hereby stipulated and agreed between defendant David M. Fish, by and through his counsel of record, Michael W. Armstrong, Esq., and the United States, by and through Assistant United States Attorney Mark L. Krotoski, as follows:

1. This matter is presently set for a sentencing hearing on March 24, 2008 at 9:00 a.m.

2. The parties agree that further time is needed to address sentencing issues and that the terms of the plea agreement continue to apply. The probation officer is also working on the draft presentence report in this case.

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND [xxxxxxxxxxx] ORDER
CR 05-00445-RMW

3. For the foregoing reasons, and that the ends of justice are served by continuing this case, the parties stipulate and request to a continuance of the sentencing hearing from March 24, 2008 at 9:00 a.m. to April 28, 2008 at 9:00 a.m., or the next available date. Government counsel requests permission to appear telephonically during the hearing.

IT IS SO STIPULATED.

Dated: February 13, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

*/s/ Mark L. Krotoski*
MARK L. KROTOSKI
Assistant United States Attorney

Dated: February 13, 2008

*/s/ Michael W. Armstrong*
MICHAEL W. ARMSTRONG
Attorney for Defendant

IT IS SO ORDERED.

Upon good cause shown, the sentencing hearing is continued from March 24, 2008 at 9:00 a.m. to April 28, 2008 at 9:00 a.m. Government counsel may appear telephonically during the hearing.

Dated: February 21, 2008

*/s/ Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Distribute To:

Michael W. Armstrong
Nolan Armstrong et al LLP
600 University Ave
Palo Alto, CA 94301
FAX (650) 326-9704

Mark L. Krotoski
AUSA
Computer Crime and Intellectual Property Section
U.S. Department of Justice – Criminal Division
1301 New York Avenue, Suite 600
Washington, D.C. 20530-0016

Ben Flores
U.S. Probation Officer
280 South First Street
San Jose, CA 95113